**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6678

WILLIAM L. A. CHURCH,

Plaintiff - Appellant,

v.

CHADWICK DOTSON, Director, Virginia Department of Corrections; TERRY GLENN, Virginia Department of Corrections Director, Coordinator, Interstate Compact Officer; KYLE ROSCH, Virginia Department of Corrections Director, Coordinator, Interstate Compact Officer; PATRICIA L. WEST, Virginia Parole Board Chairman; WOODROW BRYANT, Virginia Parole Board, Investigator; TRUDY HARRIS, a/k/a Tracey Harris, Virginia Parole Board, Virginia Department of Corrections, Investigator; LIEUTENANT RONALD C. MAXEY, JR., Virginia State Police, Criminal Justice Information Challenge Department,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:22-cv-00519-EKD-JCH)

Submitted:  January 30, 2024                          Decided:  February 5, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lebron Andrew Church, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William L. A. Church appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint for failure to comply with the court's directives in drafting his amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Church v. Dotson*, No. 7:22-cv-00519-EKD-JCH (W.D. Va. June 22, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*